47614.   DuVALL v. NEXSEN et al.

QUILLIAN, Judge. This is a companion case to *Shank v. Nexsen,* 127 Ga. App. 684.

1. The overruling of the motion for a mistrial was not error. The jury was instructed to disregard the inadmissible evidence and the witness was admonished. *Doe v. Moss,* 120 Ga. App. 762, 767 (172 SE2d 321).

2. The remaining enumeration of error is without merit.

*Judgment affirmed. Hall, P. J., and Pannell, J., concur.*

ARGUED NOVEMBER 7, 1972—DECIDED DECEMBER 1, 1972.

*Barwick, Bentley & Binford, Thomas S. Bentley, Warren W. Wills, Jr.,* for appellant.

*Lokey & Bowden, Glenn Frick,* for appellees.